# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED AFRICAN-ASIAN ABILITIES CLUB, ON BEHALF OF ITSELF AND ITS MEMBERS; JAMES LEE, AN INDIVIDUAL,<br><br>Plaintiffs,<br><br>v.<br><br>GOLD COAST PACIFICA PARTNERS, L.P.,<br><br>Defendant. | Case No.: 23-CV-00263 W (BGS)<br><br>**ORDER GRANTING JOINT MOTION FOR AN EXTENSION OF TIME TO RESPOND TO COMPLAINT [DOC. 3]** |

Pending before the Court is a joint motion for an extension of time for Defendant to respond to the complaint. Good cause appearing, the Court **GRANTS** the joint motion [Doc. 3] and **ORDERS** Defendant to respond to the complaint on or before **April 17, 2023**.

**IT IS SO ORDERED**.

Dated: March 30, 2023

_____
Hon. Thomas J. Whelan
United States District Judge